UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

————

UNITED STATES OF AMERICA,           )
                                    )
              Plaintiff,            )     Case No. 1:13-cr-00135
                                    )
v.                                  )     Honorable Paul L. Maloney
                                    )
FIDEL CORONADO-MORENO,              )
                                    )
              Defendant.            )
_____ )

## REPORT AND RECOMMENDATION

      Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned

case on August 27, 2013, after receiving the written consent of defendant and all counsel. There is

no written plea agreement. At the hearing, defendant Fidel Coronado-Moreno entered a plea of

guilty to the Superseding Felony Information charging defendant with being present in the United

States without permission of the Attorney General after having been convicted of a felony offense

in violation of 8 U.S.C. §§ 1326(a) and 1326(b)(1). On the basis of the record made at the hearing,

I find that defendant is fully capable and competent to enter an informed plea; that the plea is made

knowingly and with full understanding of each of the rights waived by defendant; that it is made

voluntarily and free from any force, threats, or promises; that the defendant understands the nature

of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

I therefore recommend that defendant's plea of guilty to Superseding Felony Information be accepted, and that the court adjudicate defendant guilty. Acceptance of the plea, adjudication of guilt, and imposition of sentence are specifically reserved for the district judge.


Date: August 27, 2013           __/s/ Ellen S. Carmody_____
                                          ELLEN S. CARMODY
                                          United States Magistrate Judge


## NOTICE TO PARTIES

You have the right to <u>de novo</u> review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than 14 days after the plea hearing. *See* W.D. MICH. L.CR.R. 11.1(d).